In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-108 CV


____________________



GEORGIA BLACK, Appellant



V.



CHRISTUS ST. ELIZABETH HOSPITAL OF BEAUMONT, TEXAS,


SHUNGMAN KIRBY LEE, and ERIC ADAM MARK, Appellees






On Appeal from the 136th District Court 


Jefferson County, Texas


Trial Cause No. A-179,827






MEMORANDUM OPINION


 The brief of the appellant, Georgia Black, was due on May 14, 2008, but has not been
filed. On June 6, 2008, we notified the parties that the appeal would be submitted without
briefs unless we received either the brief and a motion for extension of time within ten days. 
On June 2, 2008, appellee, Shungman Kurt Lee, filed a motion to dismiss the appeal. (1) Lee
contends the appellant filed her notice of appeal three days after the deadline, and in the
alternative contends the appeal should be dismissed because the appellant failed to prosecute
her appeal. The appellant did not respond to the Lee's motion or request additional time to
file her brief. 

 The appellant filed notice of appeal within fifteen days after the deadline for filing
notice of appeal. See Tex. R. App. P. 26.3. Although the appellant perfected an appeal
within the period of time permitted for an extension, she failed to timely file a brief or to
provide a satisfactory explanation for her failure to timely file the brief. Accordingly, we
grant appellee Lee's motion and dismiss the entire appeal for want of prosecution. See Tex.
R. App. P. 38.8(a)(1), 42.3(b). We deny appellee Lee's request for damages arising from
defending a frivolous appeal. See Tex. R. App. P. 45. Costs are assessed against the
appellant. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered June 26, 2008


Before Gaultney, Kreger, and Horton, JJ.
1. The plaintiff's petition incorrectly referred to Christus Health Southeast Texas d/b/a
Christus Hospital St. Elizabeth as "Christus St. Elizabeth Hospital of Beaumont, Texas," 
Shungman Kurt Lee as "Shungman Kirby Lee," and Eric Mark as "Eric Adam Mark."